UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASTE ACTION PROJECT, <br><br> Plaintiff, <br><br> v. <br><br> FRUHLING SAND & TOPSOIL, <br><br> Defendant. | No. C17-498 RSM <br><br> STIPULATED ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT |

Attorneys for Plaintiff hereby move this Court for entrance of a Stipulated Order for Leave to File a Second Amended Complaint.

Upon consideration of the motion, the Court determines that there is good cause to amend the complaint.

Dated this 26th day of December 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED ORDER FOR LEAVE TO
FILE SECOND AMENDED COMPLAINT
- 1
No. 2:17-cv-00498-RSM

Smith & Lowney, p.l.l.c.
2317 east john street
Seattle, Washington 98112
(206) 860-2883

Respectfully submitted this 19th day of December, 2018,

*s/Marc Zemel*
Marc Zemel, WSBA # 44325
Smith & Lowney, PLLC
Attorneys for Plaintiff
2317 E. John St.
Seattle, WA 98112
Telephone: (206) 860-2883
Fax: (206) 860-4187
marc@smithandlowney.com

*s/Douglas S. Morrison*
Douglas S. Morrison, WSBA # 18769
Miller Nash Graham & Dunn LLP
Attorneys for Defendant
Pier 70, 2801 Alaskan Way, Suite 300
Seattle, WA 98121
Telephone: (206) 624-8300
Fax: (206) 340-9599
E-mail: doug.morrison@millernash.com

STIPULATED ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT - 2
No. 2:17-cv-00498-RSM

Smith & Lowney, p.l.l.c.
2317 east john street
Seattle, Washington 98112
(206) 860-2883