# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WASTE ACTION PROJECT,<br><br>  Plaintiff,<br><br>  v.<br><br>FRUHLING SAND AND TOPSOIL, INC.,<br><br>  Defendant. | CASE NO. C17-498 RSM<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND THE CASE SCHEDULE |

This matter is before the Court on the parties stipulated motion to extend the case schedule. Dkt. #60. At the request of the parties, the Court previously extended the case schedule in this matter and struck the noting date of Plaintiff's Motion for Partial Summary Judgment. Dkt. #59. The parties requested the continuance to pursue settlement as they had agreed to several factual contentions. Dkt. #58. The parties now indicate that they have made significant progress towards an agreed resolution of this matter but need additional time to attempt to reach a full settlement. Dkt. #60 at 1–2. Finding good cause for a continuance, the Court finds and ORDERS:

1. The deadlines previously set in its Stipulated Motion and Order to Extend Case Schedule and Strike Noting Date on Summary Judgment Motion (Dkt. #59) are VACATED.

ORDER – 1

2. The parties' Stipulated Motion and Order to Extend Case Schedule and Strike Noting Date on Summary Judgment Motion (Dkt. #60) is GRANTED.

3. The Court SETS the following deadlines:

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | November 22, 2019 | February 20, 2020 |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | December 23, 2019 | March 19, 2020 |
| Discovery completed by | January 21, 2020 | April 20, 2020 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | February 20, 2020 | May 21, 2020 |
| Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than | April 6, 2020 | July 6, 2020 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | April 21, 2020 | July 20, 2020 |
| Agreed pretrial order due | May 6, 2020 | August 5, 2020 |
| Pretrial conference to be scheduled by the Court | To be scheduled by the Court | To be scheduled by the Court |
| Trial briefs and proposed findings of fact and conclusions of law, designations of deposition testimony pursuant to LCR 32(e), and trial exhibits due | May 13, 2020 | August 12, 2020 |

ORDER – 2

| BENCH TRIAL DATE (5-7 days duration) | To be scheduled by the Court for around May 18, 2020 | August 17, 2020 |
|---|---|---|
| Fruhling Response to WAP's Motion for Partial Summary Judgment (Dkt. 45) | 14 days following notice to the Court that the motion is re-noted | 14 days following notice to the Court that the motion is re-noted |
| WAP Reply on Motion for Partial Summary Judgment (Dkt. 45) | 14 days following notice to the Court that the motion is re-noted | 28 days following notice to the Court that the motion is re-noted |
| Motion for Partial Summary Judgment (Dkt. 45) Noting Date | 28 days following notice to the Court that the motion is re-noted | 28 days following notice to the Court that the motion is re-noted |

DATED this 6th day of November 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 3